IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MYRIAM JANET URIBE-BAZAN,<br>Special Administrator of the<br>Estate of JUAN URIBE-PENA,<br><br>         Plaintiff,<br><br>    v.<br><br>STATE OF NEBRASKA; DEPARTMENT<br>OF CORRECTIONS; ROBERT<br>HOUSTON, Retired Nebraska<br>Director Corrections, in his<br>official and individual<br>capacities; CAMERON WHITE,<br>Behavioral Health<br>Administrator for the Nebraska<br>Department of Corrections, in<br>his official and individual<br>capacities; CORRECT CARE<br>SOLUTIONS; DR. NATALIE BAKER,<br>in her official and<br>individual capacities, and<br>DR. RANDY KOHL, in his<br>official and individual<br>capacities,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:15CV286<br><br><br><br><br><br>ORDER |

   This matter is before the Court on plaintiff's motion to extend time (Filing No. 9).  The Court finds the motion should be granted.  Accordingly,

   IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until October 26, 2015, to file a brief in response to all pending motions to dismiss.

   DATED this 9th day of September, 2015.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court